IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW GOMBERG** : | |
| *Plaintiff(s)* : | |
| : | |
| v. : | **CIVIL NO. 24-6606** |
| : | |
| **LAGOS, INC.** : | |
| *Defendant(s)* : | |

**O R D E R**

**AND NOW,** this 30th day of April, 2025, it is **ORDERED** that the above action is **DISMISSED** without prejudice for lack of prosecution for failure to enter default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

BY THE COURT:

*s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**